_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
November 22, 2024
_____

NVB 3011 (Rev. 12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

ARRON AUGUSTIN AFFLALO

Debtor(s)

BK−19−12086−abl
CHAPTER 7

ORDER GRANTING
APPLICATION FOR
PAYMENT OF UNCLAIMED FUNDS

On 10/28/2024, an application was filed for the Claimant(s) for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documents establish that the Claimant(s) are entitled to the unclaimed funds; accordingly, it is hereby ORDERED that pursuant to 28 U.S.C. Section 2042, the amount(s) of:
$49,008.56 is declared due to:
Mark Schuman.

**IT IS FURTHER ORDERED** that the Clerk disburse the funds to the payee at the following address:
Mark Schuman
PO Box 30376
Bethesda, MD. 20824

The Clerk will disburse these funds not earlier than 14 days after the entry of this order.

###